# **Exhibit F**

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

01 **CARLOS GONZALEZ** (    ), and
02 **JUAN MANUEL SANCHEZ** (    )

Defendant(s).

**CASE NO. KA109699**

*FELONY COMPLAINT*

**FILED**
Superior Court of California
County of Los Angeles

**MAY 1 4 2015**

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Mindy Tran

The undersigned is informed and believes that:

### COUNT 1

On or about May 8, 2015, in the County of Los Angeles, the crime of KIDNAPPING, in violation of PENAL CODE SECTION 207(a), a Felony, was committed by CARLOS GONZALEZ and JUAN MANUEL SANCHEZ, who did unlawfully, forcibly and by instilling fear, steal, take, hold, detain and arrest ▮▮▮CV▮▮▮ in Los Angeles County, California, and did take the said ▮▮CV▮▮ ▮▮▮▮ into another country, state, county and another part of Los Angeles County.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

\* \* \* \* \*

### COUNT 2

On or about May 8, 2015, in the County of Los Angeles, the crime of KIDNAPPING, in violation of PENAL CODE SECTION 207(a), a Felony, was committed by CARLOS GONZALEZ and JUAN MANUEL SANCHEZ, who did unlawfully, forcibly and by instilling fear, steal, take, hold, detain and arrest ▮▮▮RR▮▮▮ in Los Angeles County, California, and did take the said ▮▮RR▮▮ ▮▮RR▮▮ into another country, state, county and another part of Los Angeles County.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

It is further alleged as to count(s) 1 and 2 that said defendant(s), JUAN MANUEL SANCHEZ and CARLOS GONZALEZ personally used a firearm, a handgun , within the meaning of Penal Code Section 12022.53(b) also causing the above offense to become a serious felony pursuant to Penal Code section 1192.7(c)(8) and a violent felony within the meaning of Penal Code section 667.5(c)(8).

It is further alleged as to count(s) 1 and 2 that the above offense is a serious felony, violent felony or an offense requiring registration pursuant to Penal Code section 290(C), and that prison custody time for the above offense is to be served in state prison pursuant to Penal Code section 1170(h)(3).

\* \* \* \* \*

COUNT 3

On or about May 8, 2015, in the County of Los Angeles, the crime of ASSAULT WITH A FIREARM, in violation of PENAL CODE SECTION 245(a)(2), a Felony, was committed by JUAN MANUEL SANCHEZ, who did willfully and unlawfully commit an assault on ██████ RR ██████ with a firearm.

It is further alleged that, pursuant to Penal Code section 1203.095, there is a presumptive minimal jail time required if you are convicted of this charge.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

It is further alleged that in the commission and attempted commission of the above offense, the said defendant(s), JUAN MANUEL SANCHEZ, personally used a firearm(s), to wit: handgun, within the meaning of Penal Code sections 1203.06(a)(1) and 12022.5(a) also causing the above offense to become a serious felony pursuant to Penal Code section 1192.7(c)(8) and a violent felony within the meaning of Penal Code section 667.5(c)(8).

It is further alleged as to count(s) 1, 2 and 3 that in the commission and attempted commission of the above offense a principal in said offense was armed with a firearm(s), to wit, handgun, said arming not being an element of the above offense, within the meaning of Penal Code section 12022(a)(1).

It is further alleged pursuant to Penal Code section 186.22(b)(1)(C) as to count(s) 1, 2 and 3 that the above offense was committed for the benefit of, at the direction of, and in association with a criminal street gang with the specific intent to promote, further and assist in criminal conduct by gang members. Said act also caused the above offense to become a serious felony pursuant to Penal Code section 1192.7(c)(28).

\* \* \* \* \*

It is further alleged as to count(s) 1 and 2 pursuant to Penal Code section 667.5(b) that the defendant(s), CARLOS GONZALEZ, has suffered the following prior conviction(s):

| Case No. | Charge Code/Statute | Conv. Date | County of Court | State | Court Type |
|---|---|---|---|---|---|
| KA060041 | VC 10851(A) | 01/14/2003 | LOS ANGELES | CA | SUPERIOR |
| KA085054 | PC 12021(A)(1) | 01/21/2009 | LOS ANGELES | CA | SUPERIOR |
| KA103570 | PC 29800 | 10/30/2013 | LOS ANGELES | CA | SUPERIOR |
| FWV028356 | PC 459 2ND DEG. | 07/03/2003 | SAN BERN. | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

It is further alleged as to count(s) 1, 2 and 3 that said defendant(s), JUAN MANUEL SANCHEZ, was convicted of the following felonies, within the meaning of Penal Code section 1203(e)(4):

| Case No. | Charge Code/Statute | Conv. Date | County of Court | State | Court Type |
|---|---|---|---|---|---|
| FWV130233 | PC 25850 | 08/20/2013 | SAN BERN. | CA | SUPERIOR |
| KA106933 | PC 459 2ND DEG. | 08/07/2014 | LOS ANGELES | CA | SUPERIOR |

NOTICE: Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1.  Willful refusal to provide the samples and impressions is a crime.

NOTICE:  The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and *Cunningham v. California* (2007) 549 U.S. 270.

NOTICE:  A Suspected Child Abuse Report (SCAR) may have been generated within the meaning of Penal Code §§ 11166 and 11168 involving the charges alleged in this complaint.  Dissemination of a SCAR is limited by Penal Code §§ 11167 and 11167.5 and a court order is required for full disclosure of the contents of a SCAR

NOTICE:  Any allegation making a defendant ineligible to serve a state prison sentence in the county jail shall not be subject to dismissal pursuant to Penal Code § 1385.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER KA109699, CONSISTS OF 3 COUNT(S).

Executed at POMONA, County of Los Angeles, on May 14, 2015.

_____
DECLARANT AND COMPLAINANT

JACKIE LACEY,  DISTRICT ATTORNEY

BY: _____
REID A. ROSE, DEPUTY

| AGENCY: | POMONA PD | I/O: | | ID NO.: | PHONE: |
|---|---|---|---|---|---|
| DR NO.: | 15050185 | OPERATOR: | JB | PRELIM. TIME EST.: | |



| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| GONZALEZ, CARLOS | | | | $355,000 | 05/14/2015 |
| SANCHEZ, JUAN MANUEL | | | | $305,000 | 05/14/2015 |

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

**FELONY COMPLAINT -- ORDER HOLDING TO ANSWER -- P.C. SECTION 872**

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

**CARLOS GONZALEZ**

| Ct. | Charge | Charge Range | Allegation | Alleg. Effect |
|---|---|---|---|---|
| 1 | PC 207(a) | 3-5-8 State Prison | PC 12022.53(b) | +10 Yrs., MSP* |
|   |   |   | PC 12022(a)(1) | +1 Yr. County Jail |
|   |   |   | PC 1170(h)(3) | MSP State Prison |
|   |   |   | PC 186.22(b)(1)(c) | +10 Yrs. State Prison |
| 2 | PC 207(a) | 3-5-8 State Prison | PC 12022.53(b) | +10 Yrs., MSP* |
|   |   |   | PC 12022(a)(1) | +1 Yr. County Jail |
|   |   |   | PC 1170(h)(3) | MSP State Prison |
|   |   |   | PC 186.22(b)(1)(c) | +10 Yrs. State Prison |
|   |   |   | PC 667.5(b) | +1 yr. per prior |

**JUAN MANUEL SANCHEZ**

| Ct. | Charge | Charge Range | Allegation | Alleg. Effect |
|---|---|---|---|---|
| 1 | PC 207(a) | 3-5-8 State Prison | PC 12022.53(b) | +10 Yrs., MSP* |
|   |   |   | PC 12022(a)(1) | +1 Yr. County Jail |
|   |   |   | PC 1170(h)(3) | MSP State Prison |
|   |   |   | PC 186.22(b)(1)(c) | +10 Yrs. State Prison |
| 2 | PC 207(a) | 3-5-8 State Prison | PC 12022.53(b) | +10 Yrs., MSP* |
|   |   |   | PC 12022(a)(1) | +1 Yr. County Jail |
|   |   |   | PC 1170(h)(3) | MSP State Prison |
|   |   |   | PC 186.22(b)(1)(c) | +10 Yrs. State Prison |
| 3 | PC 245(a)(2) | 2-3-4 State Prison | PC 12022.5(a) | +3-4-10 State Prison |
|   |   |   | PC 12022(a)(1) | +1 Yr. County Jail |
|   |   |   | PC 186.22(b)(1)(c) | +10 Yrs. State Prison |
|   |   |   | PC 1203(e)(4) | PSP |

I order that the defendant(s) be held to answer therefore and be admitted to bail in the sum of:

CARLOS GONZALEZ          $500,000          Dollars

JUAN MANUEL SANCHEZ      $500,000          Dollars

and be committed to the custody of the Sheriff of Los Angeles County until such bail is given. Date of arraignment in Superior Court will be:

CARLOS GONZALEZ          8/27/15          in Dept  _N_

JUAN MANUEL SANCHEZ      8/27/15          in Dept  _N_

at: 8:30 A.M.

Date: 8/5/2015

_Committing Magistrate_
Thomas C. Falk



I certify that this is a true and correct copy of the original
on file in or issued from this office, consisting of
_____ 7 _____ pages.

**SHERRI R. CARTER**, Executive Officer/Clerk of the
Superior Court of California, County of Los Angeles.

Date: 3-24-16 _____ By _____ Deputy.

MINDY TRAN
DEPUTY CLERK

LS_011039