1  CHARLES P. DIAMOND (SB # 56881)
   LAW OFFICES OF CHARLES P. DIAMOND
2  cdiamond@omm.com
   AMY R. LUCAS (SB # 264034)
3  alucas@omm.com
   O'MELVENY & MYERS LLP
4  1999 Avenue of the Stars, 8th Floor
   Los Angeles, California  90067-6035
5  Telephone:  +1 310 553 6700
   Facsimile:   +1 310 246 6779
6
7  RICHARD P LASTING (SB # 53950)
   RICHARD P LASTING LAW OFFICES
8  richardplasting@sbcglobal.net
   315 East 8th Street, Suite 801
9  Los Angeles, CA 90014
   Telephone: +1 213-489-9025
10 Facsimile:  +1 310-626-9677

11 Attorneys for Defendant
   JUAN SANCHEZ

12
13 (Additional Counsel on Subsequent Page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-172-GW |
| Plaintiff, | **ORDER SEALING REQUEST FOR ADVANCE EVIDENTIARY RULING AND SUPPORTING EXHIBITS (DKT. NO. 1581 & 1581-1) AND EXHIBITS PREVIOUSLY LODGED FOR UNDER-SEAL FILING (DKT. NO. 1580)** |
| v. | |
| MICHAEL LERMA,, et al., | |
| Defendants. | |

| | |
|---|---|
| 1 | MARRI B. DERBY (SB # 107209) |
| | marri@marriderbylaw.com |
| 2 | 23 Corporate Plaza Suite 150 |
| | Newport Beach, CA 92660 |
| 3 | Phone: 949-510-4785; Fax: 949-608-7034 |
| 4 | Attorneys for Defendant MICHAEL LERMA |
| 5 | KENNETH M. MILLER (SB # 151874) |
| | Kmiller@bmkattorneys.com |
| 6 | 903 Calle Amanecer, Suite 350 |
| | San Clemente, CA 92673 |
| 7 | Phone: 949-369-3700; Fax: 949-496-6753 |
| 8 | RICHARD G. NOVAK (SB # 149303) |
| | Richard@RGNLaw.com |
| 9 | P. O. Box 5549 |
| | Berkeley, CA 94705 |
| 10 | Phone: 626-578-1175; Fax: 626-685-2562 |
| 11 | Attorneys for Defendant CARLOS GONZÁLEZ |
| 12 | |
| 13 | SHAUN KHOJAYAN (SB # 197690) |
| | shaun@khojayan.com |
| 14 | 515 S. Flower St., 19th Floor |
| | Los Angeles, CA 90071 |
| 15 | Phone: 310-274-6111; Fax 310-274-6211 |
| 16 | DANIEL A NARDONI (SB # 94201) |
| | dan@nardonilaw.net |
| 17 | 215 North Marengo Avenue Suite 328 |
| | Pasadena, CA 91101 |
| 18 | Phone: 626-578-9872; Fax: 626-578-9873 |
| 19 | Attorneys for Defendant JOSE VALENCIA GONZÁLEZ |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1    The Court having read and considered defendants' Ex Parte Application for
2    Leave To Submit Under Seal its previously-filed Request For Advance Evidentiary
3    Ruling And Supporting Exhibits (Dkt. No. 1581 & 1581-1) as well as its Exhibits
4    Previously Lodged For Under Seal Filing (Dkt. No. 1580) be received under seal.;
5    And GOOD CAUSE HAVING BEEN SHOWN, the application is granted.
6    The documents submitted at Dkt. No. 1581 and 1581-1 and, those previously
7    lodged under seal in support of the Request (Dkt. No. 1580), shall be placed under
8    seal.

Dated: February 19, 2025

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE