MARRI B. DERBY (SBN107209)
marri@marriderbylaw.com
23 Corporate Plaza Suite 150
Newport Beach, CA 92660
Phone: 949-510-4785; Fax: 949-608-7034

JOEL M. FURMAN (SBN 282222)
1432 Edinger Avenue, Suite 240
Tustin, CA 92780
Phone: 949-887-2397
Email: joelfurmanlaw@gmail.com
**Attorneys for Defendant MICHAEL LERMA**

KENNETH M. MILLER (SBN 151874)
Ken@KMMillerLaw.com
26944 Camino de Estrella, Suite B
Capistrano Beach, California 92624
Phone: 949-388-3440

RICHARD G. NOVAK (SBN 149303)
Richard@RGNLaw.com
P. O. Box 5549
Berkeley, CA 94705
Phone: 626-578-1175; Fax: 626-685-2562
**Attorneys for Defendant CARLOS GONZALEZ**

*(Additional Counsel on Subsequent Page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>vs. <br><br>MICHAEL LERMA, ET AL., <br><br>Defendants. | Case No.: CR 18-00172-GW <br><br>**EMERGENCY** EX PARTE APPLICATION FOR HEARING AT **9:00 A.M. ON FEBRUARY 24, 2025** CONCERNING INCOMPLETE DISCLOSURE OF JUROR QUESTIONNAIRES TO COUNSEL; DECLARATION OF RICHARD G. NOVAK |

*Additional Counsel*

CHARLES P. DIAMOND (SBN 56881)
cdiamond@omm.com
AMY R. LUCAS (SBN 264034)
alucas@omm.com
1999 Avenue of the Stars Suite 800
Los Angeles, CA 90067-6035
Phone: 310-246-6789/6784; Fax: 310-246-6779

RICHARD P. LASTING (SBN 53950)
richardplasting@sbcglobal.net
315 East 8th Street, Suite 801
Los Angeles, CA 90014
Phone: 213-489-9025; Fax: 310-626-9677
**Attorneys for Defendant JUAN SANCHEZ**

SHAUN KHOJAYAN (SBN 197690)
shaun@khojayan.com
515 S. Flower St., 19th Floor
Los Angeles, CA 90071
Phone: 310-274-6111; Fax 310-274-6211

DANIEL A. NARDONI (SBN 94201)
dan@nardonilaw.net
215 North Marengo Avenue Suite 328
Pasadena, CA 91101
Phone: 626-578-9872; Fax: 626-578-9873
**Attorney for Defendant JOSE VALENCIA GONZALEZ**

2

1   Defendants Michael Lerma, Carlos Gonzalez, Juan Sanchez, and
2  Jose Valencia Gonzalez, by and through their respective counsel,
3  hereby apply ex parte on an emergency basis for a brief hearing at 9:00
4  A.M. on the morning of Monday February 24, 2025 concerning the
5  incomplete disclosure *to counsel* on Friday February 21, 2025 of the
6  completed juror questionnaires and to obtain from court staff the
7  balance of those materials.
8   This application is based upon the attached declaration of counsel
9  and the exhibit thereto.
10   The government has informed undesigned counsel that it takes no
11  position on this application.  The government has been informed that
12  the defense seeks a brief hearing at 9:00 a.m. on February 24, 2025,
13  and that undersigned counsel will be present in court at that time.
14  (Novak Decl. ¶6)

15  Dated: February 23, 2025          Respectfully submitted on behalf of these four defendants

17                                    /s/ Richard G. Novak
                                      Richard G. Novak
18                                    Kenneth M. Miller
19                                    **ATTORNEYS FOR DEFENDANT CARLOS GONZALEZ**

3

## DECLARATION OF RICHARD G. NOVAK

I, Richard G. Novak, hereby declare as follows:

1. I am a lawyer duly admitted to practice before this Court. Along with Kenneth M. Miller, I am counsel of record for defendant Carlos Gonzalez (Mr. Gonzalez) in *United States v. Lerma, et al.*, Case No. 2:18-cr-00172(A)-GW-6.

2. This declaration is filed in support of the joint defense emergency *ex parte* application for a brief hearing at 9:00 a.m. on Monday February 24, 2025, to remedy the incomplete disclosure to counsel of the completed juror questionnaires which occurred on the afternoon of Friday February 21, 2025.

3. At the hearing in this matter on February 10, 2025, this Court decided that the attorneys in this matter, and *only* the attorneys, would receive the first page of the completed juror questionnaires which would contain the name and juror number associated with each completed questionnaire. Attached to this declaration as Exhibit A is a true and correct copy of excerpts of the transcript of that hearing, memorializing the Court's decision and the protocol to be followed.

4. It is my understanding from AUSA Jason Gorn that the box of completed juror questionnaires he retrieved from court staff on Friday February 21, 2025 around 12:30 p.m. did not contain the compiled first pages of the completed juror questionnaires.

5. Counsel have not subsequently received from court staff the first pages of the completed juror questionnaires. Counsel need those documents as far in advance of the commencement of jury selection on February 25, 2025 as possible in order to complete their preparation for jury selection.

6. Counsel for the United States informed me at approximately 9:00 a.m. this morning that the government takes no position on this application.

7. I informed government counsel that I will be present in this Court's courtroom at 9:00 a.m. on Monday February 24, 2025 to address this issue and to obtain the balance of the jury questionnaire materials that were to be turned over to

1  counsel, and that I would promptly arrange for them to be scanned and provided to
2  all counsel.
3
4     I declare under penalty of perjury under the laws of the United States that
5  the above is true and correct to the best of my knowledge and understanding.
6  Executed on this 23rd day of February 2025.
7
8                                       */s/ Richard G. Novak*
                                        Richard G. Novak
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

```
 1                    UNITED STATES DISTRICT COURT

 2           CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISION

 3            HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

 4

 5   UNITED STATES OF AMERICA,

 6                   Plaintiff,

 7         vs.                              Case No. CR 18-172-GW

 8   MICHAEL LERMA, et al,

 9                   Defendants.
    _____/
10

11
                              ** SEALED **
12

13                       REPORTER'S TRANSCRIPT OF
                           PRETRIAL CONFERENCE
14                      Monday, February 10, 2025
                               1:00 p.m.
15                        LOS ANGELES, CALIFORNIA

16

17

18

19

20

21

22   _____

23           TERRI A. HOURIGAN, CSR NO. 3838, CCRR
                 FEDERAL OFFICIAL COURT REPORTER
24              350 WEST FIRST STREET, ROOM 4311
                 LOS ANGELES, CALIFORNIA  90012
25                       (213) 894-2849
```

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    UNITED STATES ATTORNEY'S OFFICE
    United States Attorney
    BY: KYLE W. KAHAN
        JASON A. GORN
        KELLYE NG
        J. MARK CHILDS
    Assistant United States Attorneys
    United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012

**FOR THE DEFENDANT:**  MICHAEL LERMA

    LAW OFFICES OF MARRI DERBY
    BY: MARRI B. DERBY
        Attorney at Law
    23 Corporate Plaza Drive, Suite 150
    Newport Beach, California  92660

    LAW OFFICES OF JOEL MICAH FURMAN
    BY: JOEL MICHAH FURMAN
        Attorney at Law
    1432 Edinger Avenue, Suite 240
    Tustin, California  92780

**FOR THE DEFENDANT:**  CARLOS GONZALEZ

    LAW OFFICE OF KENNETH M. MILLER
    BY: KENNETH M. MILLER
        Attorney at Law
    26944 Camino de Estrella, Suite B
    Capistrano Beach, California  92624

    RICHARD G. NOVAK APLC
    BY: RICHARD G. NOVAK
        Attorney at Law
    65 North Raymond Avenue, Suite 320
    Pasadena, California  91103

```
 1  APPEARANCES:  (Cont.)

 2  FOR THE DEFENDANT:  JUAN SANCHEZ

 3     O'MELVENY and MYERS LLP
        BY:  CHARLES PETER DIAMOND
 4          Attorney at Law
        1999 Avenue of the Stars, Suite 800
 5      Los Angeles, California  90067

 6      RICHARD P. LASTING LAW OFFICES
        BY:  RICHARD P. LASTING
 7          Attorney at Law
        315 East 8th Street, Suite 801
 8      Los Angeles, California 90014

 9
    FOR THE DEFENDANT:  JOSE VALENCIA GONZALEZ
10
        SHAUN KHOJAYAN and ASSOCIATES PLC
11      BY:  SHAUN KHOJAYAN
            Attorney at Law
12      515 South Flower Street, 19th Floor
        Los Angeles, California  90071
13
        LAW OFFICE OF DANIEL A. NARDONI
14      BY:  DANIEL A. NARDONI
            Attorney at Law
15      215 North Marengo Avenue, Suite 328
        Pasadena, California  91101
16

17

18

19

20

21

22

23

24

25
```

**LOS ANGELES, CALIFORNIA; MONDAY, FEBRUARY 10, 2025**

**1:00 p.m.**

**--oOo--**

THE COURTROOM DEPUTY: Counsel, just a reminder when you speak, speak into a microphone, okay? Thank you.

Please remain seated and come to order. This United States District Court is again in session.

THE COURT: All right. Let me call the matter of *United States versus Lerma*.

Let me have appearances starting with the government counsel first.

MR. KAHAN: Good afternoon, Your Honor. Kyle Kahan for the United States.

I'm joined at counsel table by Assistant United States Attorneys Mark Childs, Kellye Ng, and Jason Gorn.

THE COURT: And for the defendants.

Javier, did you take all of the defendant's counsel down?

THE COURTROOM DEPUTY: I have them.

THE COURT: I won't have the defense counsels' appearances.

My clerk took your names. When you speak, say who you are for my reporter's sake.

1  would be the ones that would be distributed to counsel.
2              MR. DIAMOND: Have that on a separate page?
3              THE COURT: Have the information on a separate page,
4  and also have the signature page on a separate page, so that
5  they don't have to -- their names will only be, in other words,
6  the top page and the bottom page are removed.
7              And the second page would also ask for the juror number.
8  We will just be going by way of juror numbers, henceforth, but
9  the attorneys will get copies of the first page and the last
10 page, which will have the jurors' names on it.
11             MR. NOVAK: Every page has the jury number, so we
12 don't lose track of things?
13             THE COURT: No, I would say the second page.
14    I presume these pages are going to be copied and stapled
15 together.
16    They are not going to be separate, it's going to be
17 stapled together.
18             MR. DIAMOND: When we deliver them to the jury
19 clerk, they will be stapled?
20             THE COURT: Well, no. Let me just ask, who is
21 making photocopies?
22             MR. DIAMOND: We volunteered to take that on.
23             THE COURT: All right. Let me ask, Javier.
24             MR. DIAMOND: Front end or back end?
25             THE COURT: They don't make jury copies.

1    THE COURTROOM DEPUTY:  The agreement was that once
2 all questionnaires were filled out, that they were going to let
3 me know, and I would either pick them up, or we can have
4 someone pick them up for the copying.
5    THE COURT:  How many jurors are there going to be?
6    THE COURTROOM DEPUTY:  Right now, we have about 200
7 that have responded to the summons, but they don't know if all
8 200 are going to show up, but there are going to be 75 time
9 qualified jurors -- potential jurors, but the jury department
10 has asked for 90 copies.
11    THE COURT:  90 copies.  Why don't we do this, you
12 won't have a problem, you get the copies and you remove the
13 first page and last page, and then put the juror number on the
14 second page?
15    THE COURTROOM DEPUTY:  No.
16    THE COURT:  My clerk will pick them up, and the only
17 thing that he will give to the defendant's person who is going
18 to be photocopying is just pages 2 through --
19    MR. DIAMOND:  Pages without the names.
20    THE COURT:  So, in other words, the first page and
21 last page would be removed, then you guys make photocopies.
22    My clerk will write down the juror ID number on the
23 page 2, so you have to reorganize that.
24    MR. DIAMOND:  We can fix that.
25    THE COURT:  All right.

```
 1              MR. DIAMOND:  Then we will get copies of page 1 and
 2   the last page?
 3              THE COURT:  Yeah, that would be separate.
 4        In fact, what you could do on the first -- I'm sorry, on
 5   page 2, you could have questions 1, 2, 3, through 5 on there,
 6   and then start question 6 on the next page.
 7        Because some of the private information is also on
 8   page 2, so just carry on.
 9              MR. DIAMOND:  Roman II.
10              THE COURT:  Yes.
11              MR. GORN:  Just a quick question, is Mr. Diamond
12   taking the only set?  I think the government's request is we
13   also get a set of the questionnaires.
14              MR. DIAMOND:  I had volunteered to have them
15   scanned.
16              THE COURT:  What's going to happen, is the
17   questionnaires are filled out.  The jury room is going to give
18   them to my clerk.
19        My clerk is going to remove pages 1 and 2 from each
20   questionnaire form because that's where the identifying
21   information is going to be.  He's going to keep that separate
22   and make photocopies for just the attorneys.
23        But I guess the representative from the defendants will
24   have the task of actually photocopying the remainder of the
25   pages, and everybody is going to get copies of those --
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )


I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date: 16th day of February, 2025.


/s/ TERRI A. HOURIGAN
_____
TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
       Federal Court Reporter