# Exhibit A

**Nelson, Shawn (USACAC)**

| | |
|---|---|
| **From:** | Nguyen, Andrew (USMS) ███████ @usms.doj.gov> |
| **Sent:** | Wednesday, May 17, 2023 10:28 AM |
| **To:** | Nelson, Shawn (USACAC); Shiner, Max (USAWAW) |
| **Subject:** | Inmate L███████, ███████████████ |

' : *


/ <MM<C0Q@
On 03/29/23 mail officer Flores #3557 received four greeting cards addressed to USM inmate L██████ that contained 12 concealed subutex
strips. The cards were booked under SAPD Case #████████ by police officer Valdeno #3849 and under SAJ IR
#████.


On a different occasion 05/08/23, mail officer Flores #3557 again received two greeting cards sent to L█████
again. Both cards tested
positive and contained strips of Subutex.


During further investigation of telephonic and electronic messages between L██████ and ████████████ V████
CDL#█████████ (L█████ listed V████ as his wife).  SACJ officer discovered discussion of the contraband and
money transactions.


On 05/09/23, SACJ officer received information from an inmate that housed in the same housing unit as
L██████. He stated that he knew L██████ is selling and distributing subutex and suboxone (Report
IR#██████).


Inmate L██████ is currently under investigation and is the main suspect of introducing and selling Subutex in
the facility via US Postal Service. USM inmate L██████, M███████████████████████


AUSA Nelson and Shiner, Telephone: 213-894-5339/3308, E-mail: shawn.nelson@usdoj.gov
max.shiner@usdoj.gov were both notified of these incident



Andrew Nguyen
United States Marshals Service
Central District of California
24Hr-████████████
Cell-████████████



| | |
|---|---|
| **From:** | Nelson, Shawn (USACAC) |
| **To:** | Talamantez, Joseph E. (LA) (FBI) |
| **Cc:** | Marmaro, Gregg (USACAC); Ellison, Keith (USACAS) 1 |
| **Subject:** | FW: Inmate L██████ M████████████████████ |
| **Date:** | Wednesday, May 17, 2023 10:30:46 AM |
| **Attachments:** | image001.png |

**From:** Nguyen, Andrew (USMS)█████████usms.doj.gov>
**Sent:** Wednesday, May 17, 2023 10:28 AM
**To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>; Shiner, Max (USAWAW) <mshiner@usa.doj.gov>
**Subject:** Inmate L███████ M█████████████████████████

**FYI**

## Narrative

On 03/29/23 mail officer Flores #3557 received four greeting cards addressed to USM inmate L██████ that contained 12 concealed subutex strips. The cards were booked under SAPD Case #████████ by police officer Valdeno #3849 and under SAJ IR #████████

On a different occasion 05/08/23, mail officer Flores #3557 again received two greeting cards sent to L██████ again. Both cards tested positive and contained strips of Subutex.

During further investigation of telephonic and electronic messages between L██████ and ██████████ V████ CDL#███████████ (L██████ listed V████ as his wife). SACJ officer discovered discussion of the contraband and money transactions.

On 05/09/23, SACJ officer received information from an inmate that housed in the same housing unit as L██████. He stated that he knew L██████ is selling and distributing subutex and suboxone (Report IR████████).

Inmate L██████ is currently under investigation and is the main suspect of introducing and selling Subutex in the facility via US Postal Service. USM inmate L███████, M████ ████████████████████

AUSA Nelson and Shiner, Telephone: 213-894-5339/3308, E-mail: shawn.nelson@usdoj.gov max.shiner@usdoj.gov were both notified of these incident

Andrew Nguyen
United States Marshals Service
Central District of California
24Hr-████████████
Cell-████████████



| | |
|---|---|
| **From:** | Medrano, Juan (USMS) |
| **To:** | Nelson, Shawn (USACAC); Shiner, Max (USAWAW) |
| **Subject:** | Inmate █████ |
| **Date:** | Monday, May 22, 2023 12:12:29 PM |

Hello,

Please reach out to me at ████████ when you get a chance.  I wanted to discuss a few issues regarding inmate L██████.

Thank you

**Juan Medrano**
**Supervisory Deputy US Marshal**
**United States Marshals Service**
**C/CA-Santa Ana**
███████████

| | |
|---|---|
| **From:** | Nelson, Shawn (USACAC) |
| **To:** | Medrano, Juan (USMS); Shiner, Max (USAWAW) |
| **Cc:** | Talamantez, Joseph E. (LA) (FBI); Napolitano, Marc (LA) (FBI) |
| **Subject:** | RE: Inmate █████ |
| **Date:** | Monday, May 22, 2023 1:20:04 PM |

Medrano,

Good to talk to you. It would probably be best for the Santa Ana investigators to talk to the case agents directly. They are Joey Talamantez and Marc Napolitano, copied here.

Thanks,

--Shawn.

**From:** Medrano, Juan (USMS) <████████usms.doj.gov>
**Sent:** Monday, May 22, 2023 12:12 PM
**To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>; Shiner, Max (USAWAW) <mshiner@usa.doj.gov>
**Subject:** Inmate L██████

Hello,

Please reach out to me at ████████ when you get a chance. I wanted to discuss a few issues regarding inmate L███████.

Thank you

**Juan Medrano**
**Supervisory Deputy US Marshal**
**United States Marshals Service**
**C/CA-Santa Ana**
████████████

| | |
|---|---|
| **From:** | Medrano, Juan (USMS) |
| **To:** | Nelson, Shawn (USACAC) |
| **Cc:** | Shiner, Max (USAWAW); Talamantez, Joseph E. (LA) (FBI); Napolitano, Marc (LA) (FBI); Jaime Manriquez; Pedro Jiron |
| **Subject:** | Re: Inmate L█████ |
| **Date:** | Monday, May 22, 2023 1:23:58 PM |

Thank you sir

Supervisory DUSM Medrano

> On May 22, 2023, at 1:20 PM, Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov> wrote:
>
>
> Medrano,
>
> Good to talk to you.  It would probably be best for the Santa Ana investigators to talk to the case agents directly.  They are Joey Talamantez and Marc Napolitano, copied here.
>
> Thanks,
>
> --Shawn.
>
> _____
>
> **From:** Medrano, Juan (USMS) ████████@usms.doj.gov>
> **Sent:** Monday, May 22, 2023 12:12 PM
> **To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>; Shiner, Max (USAWAW) <mshiner@usa.doj.gov>
> **Subject:** Inmate L█████
>
> Hello,
>
> Please reach out to me at ████████ when you get a chance.  I wanted to discuss a few issues regarding inmate L█████.
>
> Thank you
>
> **Juan Medrano**
> **Supervisory Deputy US Marshal**
> **United States Marshals Service**
> **C/CA-Santa Ana**
> ████████████

| From: | Jiron, Pedro |
|---|---|
| To: | Medrano, Juan (USMS); Nelson, Shawn (USACAC) |
| Cc: | Shiner, Max (USAWAW); Talamantez, Joseph E. (LA) (FBI); Napolitano, Marc (LA) (FBI); Manriquez, Jaime |
| Subject: | [EXTERNAL] RE: Inmate █████ |
| Date: | Monday, May 22, 2023 1:47:52 PM |
| Attachments: | image002.png |

Hello,

I am the point of contact regarding L█████' illegal activities and ongoing investigation.  Our department has initiated two separate investigations under the following case numbers, ████ █████3 by Cpl. G. Gutierrez and CI#████████ by Cpl. J. Gallardo.

This is an ongoing investigation and the information needs to remain confidential.

Please let me know if you have any questions.

**PEDRO J. JIRON**
CORRECTIONAL SUPERVISOR
Santa Ana Police Department
62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701
█████@santa-ana.█████████



**COMMUNITY FIRST**

---

**From:** Medrano, Juan (USMS) <█████████@usdoj.gov>
**Sent:** Monday, May 22, 2023 1:24 PM
**To:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Cc:** Shiner, Max (USAWAW) <Max.Shiner@usdoj.gov>; Talamantez, Joseph E. (LA) (FBI) █████████████████>; Napolitano, Marc (LA) (FBI) █████████████████>; Manriquez, Jaime █████████@santa-ana.org>; Jiron, Pedro █████@santa-ana.org>
**Subject:** Re: Inmate L█████

Thank you sir

Supervisory DUSM Medrano

On May 22, 2023, at 1:20 PM, Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov> wrote:

Medrano,

Good to talk to you.  It would probably be best for the Santa Ana investigators to talk to the case agents directly.  They are Joey Talamantez and Marc Napolitano, copied here.

Thanks,

--Shawn.

**From:** Medrano, Juan (USMS) <█████████@usms.doj.gov>
**Sent:** Monday, May 22, 2023 12:12 PM
**To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>; Shiner, Max (USAWAW) <mshiner@usa.doj.gov>
**Subject:** Inmate L███████

Hello,

Please reach out to me at ███████ when you get a chance.  I wanted to discuss a few issues regarding inmate L██████S.

Thank you

**Juan Medrano**
**Supervisory Deputy US Marshal**
**United States Marshals Service**
**C/CA-Santa Ana**
███████████

| | |
|---|---|
| **From:** | Medrano, Juan (USMS) |
| **To:** | Jiron, Pedro |
| **Cc:** | Nelson, Shawn (USACAC); Shiner, Max (USAWAW); Talamantez, Joseph E. (LA) (FBI); Napolitano, Marc (LA) (FBI); Manriquez, Jaime |
| **Subject:** | Re: [EXTERNAL] RE: Inmate L▮▮▮▮ |
| **Date:** | Monday, May 22, 2023 1:52:25 PM |
| **Attachments:** | image002.png |

Thank you Jiron

Supervisory DUSM Medrano


On May 22, 2023, at 1:48 PM, Jiron, Pedro <▮▮▮▮@santa-ana.org> wrote:


Hello,

I am the point of contact regarding L▮▮▮▮' illegal activities and ongoing investigation.   Our department has initiated two separate investigations under the following case numbers, CI▮▮▮▮ by Cpl. G. Gutierrez and CI▮▮▮▮ by Cpl. J. Gallardo.

This is an ongoing investigation and the information needs to remain confidential.

Please let me know if you have any questions.




**PEDRO J. JIRON**
Correctional Supervisor
Santa Ana Police Department
62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701
▮▮▮▮ @santa-ana.org ▮▮▮▮

**COMMUNITY FIRST**

**From:** Medrano, Juan (USMS) <██████████@usdoj.gov>
**Sent:** Monday, May 22, 2023 1:24 PM
**To:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Cc:** Shiner, Max (USAWAW) <Max.Shiner@usdoj.gov>; Talamantez, Joseph E. (LA) (FBI) <██████████@fbi.gov>; Napolitano, Marc (LA) (FBI) <██████████@fbi.gov>; Manriquez, Jaime ██████████@santa-ana.org>; Jiron, Pedro <██████@santa-ana.org>
**Subject:** Re: Inmate ██████

Thank you sir

Supervisory DUSM Medrano


On May 22, 2023, at 1:20 PM, Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov> wrote:

Medrano,

Good to talk to you.  It would probably be best for the Santa Ana investigators to talk to the case agents directly.  They are Joey Talamantez and Marc Napolitano, copied here.

Thanks,

--Shawn.

**From:** Medrano, Juan (USMS) <██████████@usms.doj.gov>
**Sent:** Monday, May 22, 2023 12:12 PM
**To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>; Shiner, Max (USAWAW) <mshiner@usa.doj.gov>
**Subject:** Inmate L██████

Hello,

Please reach out to me at ██████ when you get a chance.  I wanted to discuss a few issues regarding inmate L██████.

Thank you

**Juan Medrano**
**Supervisory Deputy US Marshal**

**United States Marshals Service**

**C/CA-Santa Ana**

| | |
|---|---|
| **From:** | Napolitano, Marc (LA) (FBI) |
| **To:** | Medrano, Juan (USMS); Jiron, Pedro |
| **Cc:** | Nelson, Shawn (USACAC); Shiner, Max (USAWAW); Talamantez, Joseph E. (LA) (FBI); Manriquez, Jaime |
| **Subject:** | Re: [EXTERNAL] RE: Inmate L████ |
| **Date:** | Monday, May 22, 2023 1:56:41 PM |

FBI copies.

**From:** Medrano, Juan (USMS) <████████@usdoj.gov>
**Sent:** Monday, May 22, 2023 1:52 PM
**To:** Jiron, Pedro <████@santa-ana.org>
**Cc:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>; Shiner, Max (USAWAW) <Max.Shiner@usdoj.gov>; Talamantez, Joseph E. (LA) (FBI) ████████@fbi.gov>; Napolitano, Marc (LA) (FBI) ████████@fbi.gov>; Manriquez, Jaime ████████@santa-ana.org>
**Subject:** [EXTERNAL EMAIL] - Re: [EXTERNAL] RE: Inmate L████

Thank you Jiron

Supervisory DUSM Medrano

On May 22, 2023, at 1:48 PM, Jiron, Pedro ████ @santa-ana.org> wrote:

Hello,

I am the point of contact regarding L██████' illegal activities and ongoing investigation.   Our department has initiated two separate investigations under the following case numbers, CI#██████ by Cpl. G. Gutierrez and C██████ by Cpl. J. Gallardo.

This is an ongoing investigation and the information needs to remain confidential.

Please let me know if you have any questions.

<image002.png>

**PEDRO J. JIRON**
CORRECTIONAL SUPERVISOR
Santa Ana Police Department
62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701
████ @santa-ana.org (████████

**COMMUNITY
FIRST**

**From:** Medrano, Juan (USMS) <███████@usdoj.gov>
**Sent:** Monday, May 22, 2023 1:24 PM
**To:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Cc:** Shiner, Max (USAWAW) <Max.Shiner@usdoj.gov>; Talamantez, Joseph E. (LA) (FBI) ████████z@fbi.gov>; Napolitano, Marc (LA) (FBI) <████████@fbi.gov>; Manriquez, Jaime ███████@santa-ana.org>; Jiron, Pedro ███████ @santa-ana.org>
**Subject:** Re: Inmate L███████

Thank you sir

Supervisory DUSM Medrano

> On May 22, 2023, at 1:20 PM, Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov> wrote:
>
> Medrano,
>
> Good to talk to you.  It would probably be best for the Santa Ana investigators to talk to the case agents directly.  They are Joey Talamantez and Marc Napolitano, copied here.
>
> Thanks,
>
> --Shawn.

**From:** Medrano, Juan (USMS) ███████@usms.doj.gov>
**Sent:** Monday, May 22, 2023 12:12 PM
**To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>; Shiner, Max (USAWAW) <mshiner@usa.doj.gov>
**Subject:** Inmate L███████

Hello,

Please reach out to me at ▮▮▮▮▮▮ when you get a chance.  I wanted to discuss a few issues regarding inmate L▮▮▮▮▮.

Thank you

**Juan Medrano**
**Supervisory Deputy US Marshal**
**United States Marshals Service**
**C/CA-Santa Ana**
▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| **From:** | Talamantez, Joseph E. (LA) (FBI) |
| **To:** | Nelson, Shawn (USACAC) |
| **Subject:** | Santa Ana |
| **Date:** | Wednesday, October 4, 2023 1:36:38 PM |

Chief Pedro Jiron (Chief of the jail, not the PD)

█████ @Santa-Ana.org

████████████

Corrections/Classification Supervisor Magdaleno Rodriguez

███████ @Santa-Ana.org

████████████

Joseph E. Talamantez
Lead Investigator
FBI San Gabriel Valley Safe Streets Task Force (Pomona)
█████████

**Nelson, Shawn (USACAC)**

---

**From:**        Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>
**Sent:**        Friday, October 27, 2023 12:07 PM
**To:**          pjiron@Santa-Ana.org; mrodriguez3@Santa-Ana.org
**Subject:**     Federal Inmate M█████ L█████

Gentlemen,

I believe you guys have been housing this federal inmate at Santa Ana Jail for a while now.  He will be witness in an
upcoming trial on November 14 and I need to collect impeachment evidence on him.  That includes any disciplinary
infractions while he is in custody.  I got the BOP's records, but they do not include the time when he was with you and I
am specifically aware of at least one disciplinary incident of him in possession of an unauthorized substance while he
was with you-all.

Is there some way I can get his disciplinary history from you-all so that I can disclose it to the defense and hopefully
reach a stipulation about which, if any facts, would be admissible, which would also obviate the need for the
government or defense to subpoena any of this information.

Thanks,

--Shawn.

**Shawn J. Nelson | Assistant United States Attorney**
**Central District of California**
312 North Spring Street | 1200 United States Courthouse
Los Angeles, California 90012
213-894-5339 | shawn.nelson@usdoj.gov

**Nelson, Shawn (USACAC)**

| | |
|---|---|
| **From:** | Jiron, Pedro <█████@santa-ana.org> |
| **Sent:** | Monday, October 30, 2023 1:41 PM |
| **To:** | Nelson, Shawn (USACAC) |
| **Subject:** | [EXTERNAL] RE: Federal Inmate M██ L████ |

Hello,

I received your request.  I am sorry I can't help you without a subpoena.

I will start gathering the multiple reports for when the subpoena arrives.



**PEDRO J. JIRON**
Correctional Supervisor
Santa Ana Police Department
62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701
████ @santa-ana.org ███████████

**COMMUNITY FIRST**

---

**From:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Sent:** Friday, October 27, 2023 12:07 PM
**To:** Jiron, Pedro <████ @santa-ana.org>; Rodriguez, Magdaleno <███████ @santa-ana.org>
**Subject:** Federal Inmate M██ L████

Gentlemen,

I believe you guys have been housing this federal inmate at Santa Ana Jail for a while now.  He will be witness in an upcoming trial on November 14 and I need to collect impeachment evidence on him.  That includes any disciplinary infractions while he is in custody.  I got the BOP's records, but they do not include the time when he was with you and I am specifically aware of at least one disciplinary incident of him in possession of an unauthorized substance while he was with you-all.

Is there some way I can get his disciplinary history from you-all so that I can disclose it to the defense and hopefully reach a stipulation about which, if any facts, would be admissible, which would also obviate the need for the government or defense to subpoena any of this information.

Thanks,

--Shawn.

**Shawn J. Nelson | Assistant United States Attorney**
**Central District of California**
312 North Spring Street | 1200 United States Courthouse

1

Los Angeles, California 90012
213-894-5339 | shawn.nelson@usdoj.gov

**Nelson, Shawn (USACAC)**

| | |
|---|---|
| **From:** | Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov> |
| **Sent:** | Monday, October 30, 2023 4:34 PM |
| **To:** | Jiron, Pedro |
| **Subject:** | RE: Federal Inmate M▮▮ L▮▮ |

Understood.  I'll get a subpoena for you.  But hold off until Thursday maybe.  The defendant's lawyer emailed me over the weekend that she might plead open to all charges at our status conference on Thursday morning.

**From:** Jiron, Pedro ▮▮▮ @santa-ana.org>
**Sent:** Monday, October 30, 2023 1:41 PM
**To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Federal Inmate M▮▮ L▮▮

Hello,

I received your request.  I am sorry I can't help you without a subpoena.

I will start gathering the multiple reports for when the subpoena arrives.



**PEDRO J. JIRON**
CORRECTIONAL SUPERVISOR
Santa Ana Police Department
62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701

**COMMUNITY FIRST**   ▮▮▮ @santa-ana.org (▮▮▮▮)

**From:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Sent:** Friday, October 27, 2023 12:07 PM
**To:** Jiron, Pedro ▮▮▮ @santa-ana.org>; Rodriguez, Magdaleno <▮▮▮▮ @santa-ana.org>
**Subject:** Federal Inmate M▮▮ L▮▮

Gentlemen,

I believe you guys have been housing this federal inmate at Santa Ana Jail for a while now.  He will be witness in an upcoming trial on November 14 and I need to collect impeachment evidence on him.  That includes any disciplinary infractions while he is in custody.  I got the BOP's records, but they do not include the time when he was with you and I am specifically aware of at least one disciplinary incident of him in possession of an unauthorized substance while he was with you-all.

Is there some way I can get his disciplinary history from you-all so that I can disclose it to the defense and hopefully reach a stipulation about which, if any facts, would be admissible, which would also obviate the need for the government or defense to subpoena any of this information.

Thanks,

--Shawn.

**Shawn J. Nelson | Assistant United States Attorney**
**Central District of California**
312 North Spring Street | 1200 United States Courthouse
Los Angeles, California 90012
213-894-5339 | shawn.nelson@usdoj.gov

**Nelson, Shawn (USACAC)**

| | |
|---|---|
| **From:** | Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov> |
| **Sent:** | Thursday, November 2, 2023 10:17 AM |
| **To:** | Jiron, Pedro |
| **Subject:** | RE: Federal Inmate M█ L████ |
| **Attachments:** | Jiron Trial-Docs Subpoena.pdf |

Mr. Jiron,

Defendant did not plead guilty today, so we are still moving toward trial on November 14. Attached is a subpoena for the disciplinary records for inmate M██ L█████.

Although it is a trial subpoena, you can avoid appearing by producing the documents ahead of trial. Please call me if you have any questions.

Thanks,

--Shawn.

**Shawn J. Nelson | Assistant United States Attorney**
**Central District of California**
312 North Spring Street | 1200 United States Courthouse
Los Angeles, California 90012
213-894-5339 | shawn.nelson@usdoj.gov

---

**From:** Jiron, Pedro ████ @santa-ana.org>
**Sent:** Monday, October 30, 2023 1:41 PM
**To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Federal Inmate M██ L████

Hello,

I received your request. I am sorry I can't help you without a subpoena.

I will start gathering the multiple reports for when the subpoena arrives.



**PEDRO J. JIRON**
Correctional Supervisor
Santa Ana Police Department
62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701
████ @santa-ana.org ████████

**COMMUNITY FIRST**

**From:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Sent:** Friday, October 27, 2023 12:07 PM
**To:** Jiron, Pedro ███████ @santa-ana.org>; Rodriguez, Magdaleno <██████████ @santa-ana.org>
**Subject:** Federal Inmate M██  L██████

Gentlemen,

I believe you guys have been housing this federal inmate at Santa Ana Jail for a while now.  He will be witness in an upcoming trial on November 14 and I need to collect impeachment evidence on him.  That includes any disciplinary infractions while he is in custody.  I got the BOP's records, but they do not include the time when he was with you and I am specifically aware of at least one disciplinary incident of him in possession of an unauthorized substance while he was with you-all.

Is there some way I can get his disciplinary history from you-all so that I can disclose it to the defense and hopefully reach a stipulation about which, if any facts, would be admissible, which would also obviate the need for the government or defense to subpoena any of this information.

Thanks,

--Shawn.

**Shawn J. Nelson | Assistant United States Attorney**
**Central District of California**
312 North Spring Street | 1200 United States Courthouse
Los Angeles, California 90012
213-894-5339 | shawn.nelson@usdoj.gov

| From: | mail@sf-notifications.com on behalf of Jail Share |
|---|---|
| To: | Nelson, Shawn (USACAC) |
| Subject: | [EXTERNAL] Jail Share has sent you files M▇ ▇ L▇▇▇ Incident reports |
| Date: | Thursday, November 2, 2023 3:16:17 PM |



,

## Jail Share has sent you an encrypted message.

### Subject

Jail Share has sent you files M▇▇ L▇▇▇▇ Incident reports

### From

Jail Share (▇▇▇▇▇▇▇▇▇)

**View encrypted message**    Expires 12/02/2023

### Need help? We're here for you.

Visit sharefile.com/support and look for "Start chat."

ShareFile | 621 Hillsborough Street 7th Floor Raleigh, NC 27603
© 2023 ShareFile. All rights reserved. ShareFile, the ShareFile logo, and other marks appearing herein are trademarks of Cloud Software Group, Inc. and/or one or more of its subsidiaries, in the United States and/or other countries. Other product and company names and marks mentioned herein are the property of their respective owners and are mentioned for identification.

Terms of Service | Privacy Policy

| | |
|---|---|
| **From:** | Smith, Claudia |
| **To:** | Nelson, Shawn (USACAC) |
| **Cc:** | Jiron, Pedro |
| **Subject:** | [EXTERNAL] FW: Federal Inmate M▮▮▮▮ |
| **Date:** | Thursday, November 2, 2023 3:34:09 PM |
| **Attachments:** | image002.png |
| | image005.png |

Hello,

I've sent the requested documents via the cetrix jailshare email account.  The link has all requested documents.  The link will expire in 30 days.  The link works best if opened on a desktop.

Best,



**Claudia Smith #3043**
SENIOR CORRECTIONAL OFFICER
Santa Ana Police Department
62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701
▮▮▮▮@Santa-Ana.org | ▮▮▮▮▮▮

**COMMUNITY
FIRST**

---

**From:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Sent:** Thursday, November 2, 2023 10:17 AM
**To:** Jiron, Pedro ▮▮▮@santa-ana.org>
**Subject:** RE: Federal Inmate M▮▮ L▮▮▮▮

Mr. Jiron,

Defendant did not plead guilty today, so we are still moving toward trial on November 14.  Attached is a subpoena for the disciplinary records for inmate M▮▮ L▮▮▮▮.

Although it is a trial subpoena, you can avoid appearing by producing the documents ahead of trial.  Please call me if you have any questions.

Thanks,

--Shawn.

**Shawn J. Nelson | Assistant United States Attorney**
**Central District of California**
312 North Spring Street **|** 1200 United States Courthouse

Los Angeles, California 90012
213-894-5339 | shawn.nelson@usdoj.gov

---

**From:** Jiron, Pedro <███@santa-ana.org>
**Sent:** Monday, October 30, 2023 1:41 PM
**To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Federal Inmate M███ L█████

Hello,

I received your request.  I am sorry I can't help you without a subpoena.

I will start gathering the multiple reports for when the subpoena arrives.



**PEDRO J. JIRON**
CORRECTIONAL SUPERVISOR
Santa Ana Police Department
62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701
████@santa-ana.org  ████████

**COMMUNITY FIRST**

---

**From:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Sent:** Friday, October 27, 2023 12:07 PM
**To:** Jiron, Pedro <███@santa-ana.org>; Rodriguez, Magdaleno <████████@santa-ana.org>
**Subject:** Federal Inmate M███  L█████

Gentlemen,

I believe you guys have been housing this federal inmate at Santa Ana Jail for a while now.  He will be witness in an upcoming trial on November 14 and I need to collect impeachment evidence on him. That includes any disciplinary infractions while he is in custody.  I got the BOP's records, but they do not include the time when he was with you and I am specifically aware of at least one disciplinary incident of him in possession of an unauthorized substance while he was with you-all.

Is there some way I can get his disciplinary history from you-all so that I can disclose it to the defense and hopefully reach a stipulation about which, if any facts, would be admissible, which would also obviate the need for the government or defense to subpoena any of this information.

Thanks,

--Shawn.

**Shawn J. Nelson | Assistant United States Attorney**
**Central District of California**
312 North Spring Street | 1200 United States Courthouse
Los Angeles, California 90012
213-894-5339 | shawn.nelson@usdoj.gov

**Nelson, Shawn (USACAC)**

| | |
|---|---|
| **From:** | Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov> |
| **Sent:** | Monday, November 6, 2023 1:23 PM |
| **To:** | Smith, Claudia |
| **Cc:** | Jiron, Pedro |
| **Subject:** | RE: Federal Inmate M██ L███████ |

Got 'em and successfully downloaded.

Thank you.

**From:** Smith, Claudia <██████@santa-ana.org>
**Sent:** Thursday, November 2, 2023 3:19 PM
**To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>
**Cc:** Jiron, Pedro <██████@santa-ana.org>
**Subject:** [EXTERNAL] FW: Federal Inmate M██ L███████

Hello,

I've sent the requested documents via the cetrix jailshare email account.  The link has all requested documents.  The link will expire in 30 days.  The link works best if opened on a desktop.

Best,



**Claudia Smith #3043**
SENIOR CORRECTIONAL OFFICER
Santa Ana Police Department
62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701
██████**@Santa-Ana.org** | ████████████

**COMMUNITY FIRST**

**From:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Sent:** Thursday, November 2, 2023 10:17 AM
**To:** Jiron, Pedro <██████@santa-ana.org>
**Subject:** RE: Federal Inmate M██ L███████

Mr. Jiron,

Defendant did not plead guilty today, so we are still moving toward trial on November 14.  Attached is a subpoena for the disciplinary records for inmate M██ L███████.

Although it is a trial subpoena, you can avoid appearing by producing the documents ahead of trial.  Please call me if you have any questions.

Thanks,

--Shawn.

**Shawn J. Nelson | Assistant United States Attorney**
**Central District of California**
312 North Spring Street | 1200 United States Courthouse
Los Angeles, California 90012
213-894-5339 | shawn.nelson@usdoj.gov

---

**From:** Jiron, Pedro <███@santa-ana.org>
**Sent:** Monday, October 30, 2023 1:41 PM
**To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Federal Inmate M██ L█████

Hello,

I received your request.  I am sorry I can't help you without a subpoena.

I will start gathering the multiple reports for when the subpoena arrives.



**PEDRO J. JIRON**
CORRECTIONAL SUPERVISOR
Santa Ana Police Department
62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701
███ @santa-ana.org ██████

**COMMUNITY FIRST**

---

**From:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Sent:** Friday, October 27, 2023 12:07 PM
**To:** Jiron, Pedro ███ @santa-ana.org>; Rodriguez, Magdaleno ████████ @santa-ana.org>
**Subject:** Federal Inmate M█ L████

Gentlemen,

I believe you guys have been housing this federal inmate at Santa Ana Jail for a while now.  He will be witness in an upcoming trial on November 14 and I need to collect impeachment evidence on him.  That includes any disciplinary infractions while he is in custody.  I got the BOP's records, but they do not include the time when he was with you and I am specifically aware of at least one disciplinary incident of him in possession of an unauthorized substance while he was with you-all.

Is there some way I can get his disciplinary history from you-all so that I can disclose it to the defense and hopefully reach a stipulation about which, if any facts, would be admissible, which would also obviate the need for the government or defense to subpoena any of this information.

Thanks,

--Shawn.

**Shawn J. Nelson | Assistant United States Attorney**
**Central District of California**
312 North Spring Street | 1200 United States Courthouse
Los Angeles, California 90012
213-894-5339 | shawn.nelson@usdoj.gov

| | |
|---|---|
| **From:** | Jiron, Pedro |
| **To:** | Nelson, Shawn (USACAC); Smith, Claudia |
| **Subject:** | [EXTERNAL] RE: Federal Inmate M███ L████ |
| **Date:** | Monday, November 6, 2023 1:34:41 PM |
| **Attachments:** | image002.png |
| | image005.png |

Thank you for letting us know.

Jiron

---

**From:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Sent:** Monday, November 6, 2023 1:23 PM
**To:** Smith, Claudia <██████ @santa-ana.org>
**Cc:** Jiron, Pedro <██████ @santa-ana.org>
**Subject:** RE: Federal Inmate M███ L████

Got 'em and successfully downloaded.

Thank you.

---

**From:** Smith, Claudia <██████ @santa-ana.org>
**Sent:** Thursday, November 2, 2023 3:19 PM
**To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>
**Cc:** Jiron, Pedro <PJiron@santa-ana.org>
**Subject:** [EXTERNAL] FW: Federal Inmate M███ L████

Hello,

I've sent the requested documents via the cetrix jailshare email account.  The link has all requested documents.  The link will expire in 30 days.  The link works best if opened on a desktop.

Best,

**Claudia Smith #3043**
Senior Correctional Officer
Santa Ana Police Department

62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701
██████ **@Santa-Ana.org** | ██████████



**COMMUNITY
FIRST**

---

**From:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Sent:** Thursday, November 2, 2023 10:17 AM
**To:** Jiron, Pedro ██████ @santa-ana.org>
**Subject:** RE: Federal Inmate M███ L████████

Mr. Jiron,

Defendant did not plead guilty today, so we are still moving toward trial on November 14.  Attached is a subpoena for the disciplinary records for inmate M███ L████████.

Although it is a trial subpoena, you can avoid appearing by producing the documents ahead of trial. Please call me if you have any questions.

Thanks,

--Shawn.

**Shawn J. Nelson | Assistant United States Attorney**
**Central District of California**
312 North Spring Street **|** 1200 United States Courthouse
Los Angeles, California 90012
213-894-5339 **|** shawn.nelson@usdoj.gov

---

**From:** Jiron, Pedro <██████ @santa-ana.org>
**Sent:** Monday, October 30, 2023 1:41 PM
**To:** Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Federal Inmate M███ L████████

Hello,

I received your request.  I am sorry I can't help you without a subpoena.

I will start gathering the multiple reports for when the subpoena arrives.

**PEDRO J. JIRON**
CORRECTIONAL SUPERVISOR
Santa Ana Police Department
62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701
@santa-ana.org



**COMMUNITY FIRST**

---

**From:** Nelson, Shawn (USACAC) <Shawn.Nelson@usdoj.gov>
**Sent:** Friday, October 27, 2023 12:07 PM
**To:** Jiron, Pedro <███████@santa-ana.org>; Rodriguez, Magdaleno ███████████@santa-ana.org>
**Subject:** Federal Inmate M███ L███████

Gentlemen,

I believe you guys have been housing this federal inmate at Santa Ana Jail for a while now. He will be witness in an upcoming trial on November 14 and I need to collect impeachment evidence on him. That includes any disciplinary infractions while he is in custody. I got the BOP's records, but they do not include the time when he was with you and I am specifically aware of at least one disciplinary incident of him in possession of an unauthorized substance while he was with you-all.

Is there some way I can get his disciplinary history from you-all so that I can disclose it to the defense and hopefully reach a stipulation about which, if any facts, would be admissible, which would also obviate the need for the government or defense to subpoena any of this information.

Thanks,

--Shawn.

**Shawn J. Nelson | Assistant United States Attorney**
**Central District of California**
312 North Spring Street | 1200 United States Courthouse
Los Angeles, California 90012
213-894-5339 | shawn.nelson@usdoj.gov

**Nelson, Shawn (USACAC)**

| | |
|---|---|
| **From:** | Nelson, Shawn (USACAC) <SNelson1@usa.doj.gov> |
| **Sent:** | Monday, November 6, 2023 3:38 PM |
| **To:** | Talamantez, Joseph E. (LA) (FBI) |
| **Subject:** | ▮ |
| **Attachments:** | Incident report ▮ #13.pdf; Incident report ▮ #14.pdf; Incident report ▮ s # 15.pdf; Incident report ▮ #16.pdf; Incident report ▮ #17.pdf; Incident report ▮ #18.pdf; Incident report ▮ #19.pdf; Incident report ▮ #20.pdf; Incident report ▮ #21.pdf; Incident report ▮ #22.pdf; M ▮ Disciplinary Incident reports.pdf; Incident report ▮ #1.pdf; Incident report ▮ #2.pdf; Incident report ▮ #3.pdf; Incident report ▮ #4.pdf; Incident report ▮ #5.pdf; Incident report ▮ #6.pdf; Incident report ▮ #7.pdf; Incident report ▮ #8.pdf; Incident report ▮ #9.pdf; Incident report ▮ #10.pdf; Incident report ▮ #11.pdf; Incident report ▮ #12.pdf |

**Shawn J. Nelson | Assistant United States Attorney**
**Central District of California**
312 North Spring Street | 1200 United States Courthouse
Los Angeles, California 90012
213-894-5339 | shawn.nelson@usdoj.gov