JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
        1400/1300 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2238/8408/7962
        Facsimile: (213) 894-0142
        E-mail:    kyle.kahan@usdoj.gov
                   jason.gorn@usdoj.gov
                   kellye.ng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:18-00172(A)-GW |
|---|---|
| Plaintiff, | [FINAL] JOINT PROPOSED VERDICT FORM |
| v. | |
| MICHAEL LERMA, *et al.*, | Trial Date:   February 25, 2025<br>Trial Time:   8:00 a.m.<br>Location:   Courtroom of the Hon. George H. Wu |
| Defendants. | |

      Plaintiff United States of America, by and through its counsel
of record, the Acting United States Attorney for the Central District
of California, and Assistant United States Attorneys Kyle W. Kahan,

///

///

1  Kellye Ng, and Jason A. Gorn, and defendant Michael Lerma, by and

2  through his counsel of record Marri Derby and Joel M. Furman,

3  defendant Carlos Gonzalez, by and through his counsel of record

4  Richard G. Novak and Kenneth Miller, defendant Juan Sanchez, by and

5  through his counsel of record Charles Diamond, Amy Lucas, Rachel H.

6  Lee, and Richard P. Lasting, and defendant Jose Valencia Gonzalez, by

7  and through his counsel of record Shaun Khojayan and Daniel Nardoni,

8  hereby submit their [Final] Joint Proposed Verdict Form in the above-

9  captioned case.

10

11   Dated: March 26, 2025            Respectfully submitted,

12                                    JOSEPH T. MCNALLY
                                      Acting United States Attorney
13
                                      LINDSEY GREER DOTSON
14                                    Assistant United States Attorney
                                      Chief, Criminal Division
15

16                                        _/s/_____
                                      KYLE W. KAHAN
17                                    KELLYE NG
                                      JASON A. GORN
18                                    Assistant United States Attorneys

19                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA
20

21

22

23  Dated: March 26, 2025            *(with email authorization)*

24                                    _____
                                      MARRI DERBY
25                                    JOEL M. FURMAN
                                      Attorneys for Defendant
26                                    MICHAEL LERMA

27

28

                                      2

1

2

Dated: March 26, 2025                    *(with email authorization)*

3                                        _____
                                         RICHARD G. NOVAK
4                                        KENNETH MILLER
                                         Attorneys for Defendant
5                                        CARLOS GONZALEZ

6

7                                        *(with email authorization)*

Dated: March 26, 2025
8                                        _____
                                         CHARLES DIAMOND
                                         AMY LUCAS
9                                        RACHEL H. LEE
                                         RICHARD P. LASTING
10                                       Attorneys for Defendant
                                         JUAN SANCHEZ
11

12

13  Dated: March 26, 2025

14                                       *(with email authorization)*
                                         _____
15                                       SHAUN KHOJAYAN
                                         DANIEL NARDONI
                                         Attorneys for Defendant
16                                       JOSE VALENCIA GONZALEZ

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

           v.

MICHAEL LERMA, *et al.*,

        Defendants.

No. CR 2:18-00172(A)-GW

VERDICT FORM

<u>**COUNT ONE**</u>

**Racketeer Influenced and Corrupt Organizations ("RICO") Conspiracy**

**ALL DEFENDANTS**

**COUNT ONE - DEFENDANT MICHAEL LERMA:**

1.   We, the jury in the above-captioned case, unanimously find the defendant MICHAEL LERMA (check one):

_____    NOT GUILTY

_____    GUILTY

of RICO Conspiracy as charged in Count One of the First Superseding Indictment.

**If your response to Question 1 is _Guilty_, you must also answer Question 1a.  If your response to Question 1 is _Not Guilty_, do not answer Question 1a and proceed to Question 2.**

In order to find defendant MICHAEL LERMA guilty as to Count One, you must have unanimously found that he knew or contemplated that one or more members of the conspiracy would commit at least two (or more) acts of racketeering in furtherance of the conspiracy _and_ you must unanimously agree on those same two (or more) racketeering acts.

//
//
//
//
//
//
//

2

1a. We, the jury in the above-captioned case, unanimously find that defendant MICHAEL LERMA knew or contemplated that one or more members of the conspiracy would engage in a pattern of racketeering activity consisting of at least two or more of the following crimes (*select all that apply*):

\_\_\_\_\_    Murder

\_\_\_\_\_    Robbery

\_\_\_\_\_    Extortion

\_\_\_\_\_    Drug Trafficking

**(*Proceed to Question 2.*)**

**COUNT ONE - DEFENDANT CARLOS GONZALEZ:**

2.    We, the jury in the above-captioned case, unanimously find the defendant CARLOS GONZALEZ (check one):

_____    NOT GUILTY

_____    GUILTY

of RICO Conspiracy as charged in Count One of the First Superseding Indictment.

**If your response to Question 2 is *Guilty*, you must also answer Question 2a.  If your response to Question 2 is *Not Guilty*, do not answer Question 2a and proceed to Question 3.**

In order to find defendant CARLOS GONZALEZ guilty as to Count One, you must have unanimously found that he knew or contemplated that one or more members of the conspiracy would commit at least two (or more) acts of racketeering in furtherance of the conspiracy *and* you must unanimously agree on those same two (or more) racketeering acts.

2a. We, the jury in the above-captioned case, unanimously find that defendant CARLOS GONZALEZ knew or contemplated that one or more members of the conspiracy would engage in a pattern of racketeering activity consisting of at least two or more of the following crimes (*select all that apply*):

_____    Murder

_____    Robbery

_____    Extortion

_____    Drug Trafficking

**(*Proceed to Question 3.*)**

4

**COUNT ONE – DEFENDANT JUAN SANCHEZ:**

3.  We, the jury in the above-captioned case, unanimously find the defendant JUAN SANCHEZ (check one):

_____    NOT GUILTY

_____    GUILTY

of RICO Conspiracy as charged in Count One of the First Superseding Indictment.


**If your response to Question 3 is *Guilty*, you must also answer Question 3a.  If your response to Question 3 is *Not Guilty*, do not answer Question 3a and proceed to Question 4.**


In order to find defendant JUAN SANCHEZ guilty as to Count One, you must have unanimously found that he knew or contemplated that one or more members of the conspiracy would commit at least two (or more) acts of racketeering in furtherance of the conspiracy _and_ you must unanimously agree on those same two (or more) racketeering acts.


3a. We, the jury in the above-captioned case, unanimously find that defendant JUAN SANCHEZ knew or contemplated that one or more members of the conspiracy would engage in a pattern of racketeering activity consisting of at least two or more the following crimes (*select all that apply*):

_____    Murder

_____    Robbery

_____    Extortion

_____    Drug Trafficking

*(Proceed to Question 4.)*

5

**COUNT ONE – DEFENDANT JOSE VALENCIA GONZALEZ:**

4.   We, the jury in the above-captioned case, unanimously find
the defendant JOSE VALENCIA GONZALEZ (check one):

_____     NOT GUILTY

_____     GUILTY

of RICO Conspiracy as charged in Count One of the First Superseding
Indictment.


**If your response to Question 4 is *Guilty*, you must also answer
Question 4a.  If your response to Question 4 is *Not Guilty*, do not
answer Question 4a and proceed to Question 5.**

In order to find defendant JOSE VALENCIA GONZALEZ guilty as to
Count One, you must have unanimously found that he knew or
contemplated that one or more members of the conspiracy would commit
at least two (or more) acts of racketeering in furtherance of the
conspiracy _and_ you must unanimously agree on those same two (or more)
racketeering acts.


4a. We, the jury in the above-captioned case, unanimously find
that defendant JOSE VALENCIA GONZALEZ knew or contemplated that one
or more members of the conspiracy would engage in a pattern of
racketeering activity consisting of at least two or more of the
following crimes (*select all that apply*):

_____     Murder

_____     Robbery

_____     Extortion

_____     Drug Trafficking

*(Proceed to Question 5.)*

6

## COUNT SEVEN

**Violent Crime in Aid of Racketeering and/or Aiding and Abetting**

**(First-Degree Murder)**

**ALL DEFENDANTS**

**COUNT SEVEN - DEFENDANT MICHAEL LERMA:**

    5.   We, the jury in the above-captioned case, unanimously find the defendant MICHAEL LERMA (check one):

              \_\_\_\_\_     NOT GUILTY

              \_\_\_\_\_     GUILTY

as charged in Count Seven of the First Superseding Indictment.

*(Proceed to Question 6.)*

**COUNT SEVEN - DEFENDANT CARLOS GONZALEZ:**

　　　6.　　We, the jury in the above-captioned case, unanimously find the defendant CARLOS GONZALEZ (check one):

　　　　　　　　　_____　　NOT GUILTY

　　　　　　　　　_____　　GUILTY

as charged in Count Seven of the First Superseding Indictment.


***(Proceed to Question 7.)***

**COUNT SEVEN - DEFENDANT JUAN SANCHEZ:**

    7.   We, the jury in the above-captioned case, unanimously find the defendant JUAN SANCHEZ (check one):

                  _____    NOT GUILTY

                  _____    GUILTY

as charged in Count Seven of the First Superseding Indictment.


***(Proceed to Question 8.)***

**COUNT SEVEN - DEFENDANT JOSE VALENCIA GONZALEZ:**

8.    We, the jury in the above-captioned case, unanimously find the defendant JOSE VALENCIA GONZALEZ (check one):

                 \_\_\_\_\_    NOT GUILTY

                 \_\_\_\_\_    GUILTY

as charged in Count Seven of the First Superseding Indictment.

*(Proceed to Question 9.)*

## COUNT EIGHT

**First-Degree Murder Within the Special Maritime and Territorial**

**Jurisdiction of the United States**

**ALL DEFENDANTS**

**COUNT EIGHT - DEFENDANT MICHAEL LERMA:**

9.    We, the jury in the above-captioned case, unanimously find the defendant MICHAEL LERMA (check one):

_____    NOT GUILTY

_____    GUILTY

as charged in Count Eight of the First Superseding Indictment.

*(Proceed to Question 10.)*

11

**COUNT EIGHT — DEFENDANT CARLOS GONZALEZ:**

    10.  We, the jury in the above-captioned case, unanimously find the defendant CARLOS GONZALEZ (check one):

                \_\_\_\_\_     NOT GUILTY

                \_\_\_\_\_     GUILTY

as charged in Count Eight of the First Superseding Indictment.

***(Proceed to Question 11.)***

**COUNT EIGHT – DEFENDANT JUAN SANCHEZ:**

    11.  We, the jury in the above-captioned case, unanimously find the defendant JUAN SANCHEZ (check one):

                 _____     NOT GUILTY

                 _____     GUILTY

as charged in Count Eight of the First Superseding Indictment.

*(Proceed to Question 12.)*

13

**COUNT EIGHT – DEFENDANT JOSE VALENCIA GONZALEZ:**

    12.  We, the jury in the above-captioned case, unanimously find the defendant JOSE VALENCIA GONZALEZ (check one):

                \_\_\_\_\_    NOT GUILTY

                \_\_\_\_\_    GUILTY

as charged in Count Seven of the First Superseding Indictment.

*(Proceed to Question 13.)*

**<u>COUNT TEN</u>**

**Drug Trafficking Conspiracy**

**Defendants MICHAEL LERMA and JOSE VALENCIA GONZALEZ**

**COUNT TEN – DEFENDANT MICHAEL LERMA:**

    13.  We, the jury in the above-captioned case, unanimously find the defendant MICHAEL LERMA (check one):

            \_\_\_\_\_     NOT GUILTY

            \_\_\_\_\_     GUILTY

as charged in Count Ten of the First Superseding Indictment.

**If your response to Question 13 is *Guilty*, you must also answer Question 14.  If your response to Question 13 is *Not Guilty*, do not answer Question 14 and proceed to Question 15.**

    14.  We, the jury in the above-captioned case, having found defendant MICHAEL LERMA guilty of Count 10, further unanimously find it was reasonably foreseeable that the overall drug conspiracy would involve the following controlled substance(s) (select all that apply):

            \_\_\_\_\_     HEROIN

            \_\_\_\_\_     METHAMPHETAMINE

as charged in Count Ten of the First Superseding Indictment.

***(Proceed to Question 15.)***

15

**COUNT TEN − DEFENDANT JOSE VALENCIA GONZALEZ:**

    15.  We, the jury in the above-captioned case, unanimously find the defendant JOSE VALENCIA GONZALEZ (check one):

                \_\_\_\_\_    NOT GUILTY

                \_\_\_\_\_    GUILTY

as charged in Count Ten of the First Superseding Indictment.

**If your response to Question 15 is *Guilty*, you must also answer Question 16.  If your response to Question 15 is *Not Guilty*, do not answer Question 16 and proceed to Question 17.**

    16.  We, the jury in the above-captioned case, having found defendant JOSE VALENCIA GONZALEZ guilty of Count 10, further unanimously find it was reasonably foreseeable that the overall drug conspiracy would involve the following controlled substance(s) (select all that apply):

                \_\_\_\_\_    HEROIN

                \_\_\_\_\_    METHAMPHETAMINE

as charged in Count Ten of the First Superseding Indictment.

***(Proceed to Question 17.)***

## COUNT SEVENTEEN

### Felon in Possession of a Firearm and Ammunition

### Defendant JOSE VALENCIA GONZALEZ

17.  We, the jury in the above-captioned case, unanimously find defendant JOSE VALENCIA GONZALEZ (check one):

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

as charged in Count Seventeen of the First Superseding Indictment.

*(Proceed to Question 18.)*

## <u>COUNT EIGHTEEN</u>

### Felon in Possession of a Firearm and Ammunition

### Defendant CARLOS GONZALEZ

18.   We, the jury in the above-captioned case, unanimously find defendant CARLOS GONZALEZ (check one):

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

as charged in Count Eighteen of the First Superseding Indictment.

***(Proceed to Question 19.)***

**COUNT NINETEEN**

**Felon in Possession of a Firearm and Ammunition**

**Defendant JUAN SANCHEZ**

19.  We, the jury in the above-captioned case, unanimously find defendant JUAN SANCHEZ (check one):

      \_\_\_\_\_      NOT GUILTY

      \_\_\_\_\_      GUILTY

as charged in Count Nineteen of the First Superseding Indictment.

**(The foreperson should now sign and date this verdict form.)**

DATED: _____, 2025, at Los Angeles, California.

                          _____

                          FOREPERSON OF THE JURY

19