# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR 18-172-GW | | Date | March 27, 2025 |
|---|---|---|---|---|

Present: The Honorable    GEORGE H. WU, U.S. DISTRICT JUDGE

Interpreter    N/A

| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Jason A. Gorn; Kyle W. Kahan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri D. Derby, CJA; Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Richard P. Lasting, CJA; Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Daniel A. Nardoni, CJA; Shaun Khojayan, CJA | ✔ | ✔ | |

_____ Day COURT TRIAL    19th Day JURY TRIAL    _____ Death Penalty Phase

_____ One day trial;    Begun (1st day);    ✔ Held & continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified    _____ Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)    is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

✔ Alternates excused    _____ Jury retires to deliberate    ✔ Jury resumes deliberations

_____ Finding by Court as follows:    _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count(s) _____    _____ Not Guilty on count(s) _____

_____ Jury polled    _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

✔  Case continued to ___Mar. 28, 2025 at 8:30 a.m.___ for further jury deliberations.

✔  Other:   Jury Note 1 is received and resolution is discussed. The Court issues supplemental jury instruction on read backs.

___

|  | 1 | : | 45 |
|---|---|---|---|

Initials of Deputy Clerk   JG