# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 18-172-GW |
| Date | March 28, 2025 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Jason A. Gorn; Kyle W. Kahan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri D. Derby, CJA; Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Richard P. Lasting, CJA; Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Daniel A. Nardoni, CJA; Shaun Khojayan, CJA | ✔ | ✔ | |

\_\_\_\_ Day COURT TRIAL      20th Day JURY TRIAL      \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;  \_\_\_\_ Begun (1st day);  \_\_\_\_ Held & continued;  ✔ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made _____

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified    \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.    \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made    \_\_\_\_ Court instructs jury    \_\_\_\_ Bailiff sworn

✔ Alternates excused    \_\_\_\_ Jury retires to deliberate    ✔ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:    ✔ Jury Verdict as follows:

Dft # \_\_\_\_ ✔ Guilty on count(s) as to all Defts except  ✔ Not Guilty on count(s) 19 as to Juan Sanchez.

✔ Jury polled    \_\_\_\_ Polling waived

✔ Filed Witness & Exhibit lists    ✔ Filed Jury notes    ✔ Filed Jury Instructions    ✔ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.    Remand/Release# \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

|   |   |   |   |
|---|---|---|---|
| ☐ | Case continued to | _____ | for further jury deliberations. |
| ✔ | Other: | Jury Note 2 received and resolved on the record. | |
| ☐ | | Parties will prepare and file a stipulation to extend Rule 29 motion deadlines as soon as conveniently possible. | |

_____ : 45

Initials of Deputy Clerk    JG