1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE GEORGE H. WU

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>    vs.<br><br>MICHAEL LERMA, et al,<br><br>Defendants. | Case No.: CR 18-00172-GW<br><br>[PROPOSED] ORDER GRANTING AMENDED STIPULATION REGARDING THE FILING OF RULE 29 AND 33 MOTIONS AND THE HEARING ON POST-TRIAL MOTIONS |

Good cause having been shown, it is ordered that the stipulation is granted. The following shall be the deadlines for the filing of post-trial motions by defendants Michael Lerma, Carlos Gonzalez, Juan Sanchez and Jose Valencia Gonzalez and the hearing thereon:

1. The defense post-trial motions under Rule 29 and 33 motions will be filed by Monday, September 22, 2025;

2. The government oppositions to these motions will be filed by Monday, October 20, 2025;

3. The defense replies to the government's oppositions will be filed by Monday, November 10, 2025;

4.  The hearing on the defense post-trial motions under Rule 29 and 33 motions will take place on Monday, December 8, 2025;

5.  The sentencing hearings for the defendants, as necessary, would be held on January 5, 2026.

IT IS SO ORDERED.

Dated:_____        _____

THE HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE

2.

18-CR-00172-GW-8