RICHARD G. NOVAK (SBN 149303)
Richard@RGNLaw.com
P.O. Box 5549
Berkeley, CA 94705
(626) 578-1175

KENNETH M. MILLER (SBN 151874)
Ken@KMMillerlaw.com
26944 Camino de Estrella, Suite B
Capistrano Beach, CA 92624
(949) 388-3440

Attorneys for Defendant CARLOS GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 18-00172-GW |
|---|---|
| Plaintiff, | |
| vs. | **JOINDER OF DEFENDANT CARLOS GONZALEZ IN DEFENDANT MICHAEL LERMA'S MOTION FOR ACQUITTAL OR NEW TRIAL (DKT. 1804), AND DEFENDANT J.V. GONZALEZ' MOTION FOR ACQUITTAL OR NEW TRIAL (DKT. 1799)** |
| MICHAEL LERMA, et. al., | |
| Defendants. | |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Carlos Gonzalez hereby joins in the motion for acquittal or new trial, filed by codefendant Michael Lerma (Dkt.

JOINDER OF DEFENDANT CARLOS GONZALEZ IN DEFENDANT MICHAEL LERMA'S MOTION FOR ACQUITTAL OR NEW TRIAL (DKT. 1804), AND DEFENDANT J.V. GONZALEZ' MOTION FOR ACQUITTAL OR NEW TRIAL (DKT. 1799)- 1

1804), and the motion for acquittal or new trial, filed by codefendant J.V. Gonzalez (Dkt. 1799).

Dated: September 25, 2025                    Respectfully Submitted,

s/*Kenneth M. Miller*
Kenneth M. Miller
Richard G. Novak
Attorneys for Carlos Gonzalez