BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
     1400/1300/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/7962/8408
     Facsimile: (213) 894-0142
     E-mail:    kyle.kahan@usdoj.gov
                kellye.ng@usdoj.gov
                jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL LERMA, et al., <br><br> Defendants. | No. 2:18-CR-00172-GW-1, 6, 7, 8 <br><br> <u>THIRD STIPULATION REGARDING THE FILING OF RULE 29 AND 33 MOTIONS, THE HEARING ON POST-TRIAL MOTIONS, AND SENTENCING HEARING</u> |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason A. Gorn; defendant Michael Lerma, by and through his counsel of record, Marri B. Derby and Joel M. Furman; defendant Carlos Gonzalez, by and through his counsel of record, Richard G. Novak and Kenneth M. Miller; defendant Jose Valencia Gonzalez, by and through his counsel of record, Shaun Khojayan and Daniel A. Nardoni; and defendant Juan Sanchez, by and through his counsel of record, Charles P. Diamond and Amy R. Lucas (collectively, "defendants"),

hereby stipulate to continue the briefing and hearing schedule regarding Rule 29 and 33 motions and the sentencing date based on the following facts:

1. On April 2, 2025, the Court issued an order setting the briefing deadline for defendants' Rule 29/33 motions to be due on July 28, 2025; oppositions due on August 25, 2025; replies due on September 15, 2025; and the hearing on October 16, 2025. (Dkt. 1758.)

2. On July 18, 2025, the Court issued an order amending the briefing deadline for defendants' Rule 29/33 motions to be due on September 22, 2025; oppositions due on October 20, 2025; replies due on November 10, 2025; the hearing on the Rule 29/33 post-trial motions to be set for December 8, 2025; sentencing papers due on December 29, 2025; and the sentencing hearing to be set for January 5, 2026, at 8:00 a.m. (Dkt. 1775.)

3. Between September 21 through 23, 2025, defendants filed their post-trial motions under Rule 29 and 33. (See Dkts. 1799, 1800, 1801, 1802, 1803, 1804, 1810; see also Joinders at Dkt. 1805, 1807, 1808, 1809.)

4. On October 14, 2025, counsel for the government conferred with defendants' counsel regarding an extension of time to respond to the defendants' post-trial motions. The defense does not oppose the government's first request for an extension of time and the parties stipulate to the following briefing and hearing schedule:

    a. The government's deadline for its oppositions to the defense's post-trial motions under Rule 29 and 33 will be filed by November 3, 2025.

   b. The defendants' deadline for their replies in support of their post-trial motions under Rule 29 and 33 will be filed by November 24, 2025.

   c. The hearing on defendants' post-trial motions under Rule 29 and 33 will be on January 5, 2026, at 8:00 a.m.

 5. On October 15, 2025, counsel for the government conferred with defendants' counsel regarding continuing the sentencing hearing. The defense does not oppose a continuance and the parties stipulate to the following briefing and hearing schedule:

   a. The parties' sentencing briefing is due on January 15, 2026.

   b. The sentencing hearing will be continued from January 5, 2026, to January 22, 2026, at 8:00 a.m.

   IT IS SO STIPULATED.

Dated: October 16, 2025    Respectfully submitted,

BILAL A. ESSAYLI  
Acting United States Attorney

JOSEPH T. MCNALLY  
Assistant United States Attorney  
Acting Chief, Criminal Division

  /s/  
------------------------------  
KYLE W. KAHAN  
KELLYE NG  
JASON A. GORN  
Assistant United States Attorneys

Attorneys for Plaintiff  
UNITED STATES OF AMERICA

/s/ (with email authorization)
MARRI B. DERBY
JOEL FURMAN

Attorneys for Defendant
MICHAEL LERMA


/s/ (with email authorization)
RICHARD G. NOVAK
KENNETH M. MILLER

Attorneys for Defendant
CARLOS GONZALEZ

/s/ (with email authorization)
SHAUN KHOJAYAN
DANIEL A. NARDONI

Attorneys for Defendant
JOSE VALENCIA GONZALEZ


/s/ (with email authorization)
CHARLES P. DIAMOND
AMY R. LUCAS
RICHARD P. LASTING

Attorneys for Defendant
JUAN SANCHEZ