BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
     1400/1300/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/7962/8408
     Facsimile: (213) 894-0142
     E-mail:    kyle.kahan@usdoj.gov
                kellye.ng@usdoj.gov
                jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-CR-00172-GW-1, 6, 7, 8 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MICHAEL LERMA, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

   1.   The government's deadline for its oppositions to the defense's post-trial motions under Rule 29 and 33 will be filed by November 3, 2025.

   2.   The defendants' deadline for their replies in support of their post-trial motions under Rule 29 and 33 will be filed by November 24, 2025.

   3.   The hearing on defendants' post-trial motions under Rule 29 and 33 will be on January 5, 2026, at 8:00 a.m.

4. The parties' sentencing briefing is due on January 15, 2026.

5. The defendants' sentencing hearing will be continued from January 5, 2026, to January 22, 2026, at 8:00 a.m.

_____    _____
DATE                           HONORABLE GEORGE H. WU
                               UNITED STATES DISTRICT JUDGE

Presented by:

*/s/*
_____
KELLYE NG
Assistant United States Attorney