BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JASON A. GORN (Cal. Bar No. 296179)
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorneys
    1200/1300/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/7962/8408
    Facsimile: (213) 894-0142
    E-mail:    kyle.kahan@usdoj.gov
               kellye.ng@usdoj.gov
               jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-CR-00172(A)-GW-1, 6, 7, 8 |
|---|---|
| Plaintiff, | ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF |
| v. | |
| MICHAEL LERMA, *et al.*,<br>  [#1 MICHAEL LERMA]<br>  [#6 CARLOS GONZALEZ]<br>  [#7 JUAN SANCHEZ]<br>  [#8 JOSE GONZALEZ]<br>       Defendants. | |

The Court has read and considered the government's ex parte application for leave to file an oversized brief with respect to its omnibus opposition to defendants' motions for judgments of

//

//

acquittal and motions for new trial.  The government's ex parte application for leave to file an oversized brief is GRANTED.

 November 4, 2025
 DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Kellye Ng*
 KELLYE NG
 Assistant United States Attorney