[prepared by]
Richard G. Novak (SBN 149303)
65 N. Raymond Ave. #320
Pasadena, CA 91103
T: 626-685-2562
E: Richard@rgnlaw.com
Attorney for Defendant Carlos Gonzalez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), | 2:18-cr-172(A)-GW |
| v. | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS** |
| MICHAEL LERMA, et al. | ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus  ☐ Ad Prosequendum  ☒ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: Johnny G. Macias (BOP Registration Number 18363-510)

Alias: _____

on January 22, 2026 at 8:00 a.m. before U.S. District Judge George H. Wu.
    *(Date of Appearance)     (Time)*

Dated:_____

_____
**U.S. District Judge**