Prepared by
Richard G. Novak (SBN 149303)
65 N. Raymond Avenue, #320
Pasadena, CA 91103
626-578-1175
richard@rgnlaw.com
Attorney for Defendant Carlos Gonzalez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s) v. MICHAEL LERMA, et al., Defendant(s) | CASE NUMBER: CR 2:18-cr-172(A)-GW  CV  **WRIT OF HABEAS CORPUS**  ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |
|---|---|

**WHEREAS** the attached application was granted by the Honorable George H. Wu Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: J. Engleman, Interim Warden, MDC-Los Angeles

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Johnny G. Macias, 18363-510** before the Honorable George H. Wu Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **9D**, located at Courtroom 9D, 350 West 1st Street, LA, CA 90012 on **January 22, 2026** at **8:00 a.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable George H. Wu Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: _____                CLERK, U.S. DISTRICT COURT


                                      By: _____
                                          Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)