[prepared by]
Richard G. Novak (SBN 149303)
65 N. Raymond Ave. #320
Pasadena, CA 91103
T: 626-685-2562
E: Richard@rgnlaw.com
Attorney for Defendant Carlos Gonzalez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br>v.<br><br>MICHAEL LERMA , et al.<br><br>Defendant(s). | CASE NUMBER:<br>    CR 18-172(A)-GW<br><br>**ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |
|---|---|

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus  ☐ Ad Prosequendum  ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: <u>Johnny G. Macias (BOP Registration Number 18363-510)</u>

Alias: _____

on <u>January 22, 2026</u>      at <u>8:00 a.m.</u>     before U.S. District Judge George H. Wu.
   *(Date of Appearance)*     *(Time)*

Dated: January 6, 2026

_____
HON. GEORGE H. WU,
United States District Judge