Prepared by
Richard G. Novak (SBN 149303)
65 N. Raymond Avenue, #320
Pasadena, CA 91103
626-578-1175
richard@rgnlaw.com
Attorney for Defendant Carlos Gonzalez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s) v. MICHAEL LERMA, et al., Defendant(s) | CASE NUMBER: CR 2:18-cr-172(A)-GW  CV  **WRIT OF HABEAS CORPUS**  ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |
|---|---|

WHEREAS the attached application was granted by the Honorable **George H. Wu** Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: **J. Engleman, Interim Warden, MDC-Los Angeles**

IS HEREBY DIRECTED to produce and deliver the named detainee, **Daniel Navarro, 10778-510** before the Honorable **George H. Wu** Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **9D**, located at **Courtroom 9D, 350 West 1st Street, LA, CA 90012** on **January 22, 2026** at **8:00 a.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

WITNESS the Honorable **George H. Wu** Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: **January 6, 2026**

CLERK, U.S. DISTRICT COURT

By: **/s/ Javier Gonzalez**
Deputy Clerk

WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM
G-09A (09/97)