```
TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JASON A. GORN (Cal. Bar No. 296179)
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorneys
     1200/1400/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/7962/8408
     Facsimile: (213) 894-0142
     E-mail:    kyle.kahan@usdoj.gov
                jason.gorn@usdoj.gov
                kellye.ng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:18-00172(A)-GW |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S AMENDED WITNESS LIST FOR RULE 33 EVIDENTIARY HEARING</u> |
| v. | Hearing Date: Jan. 22, 2026 |
| MICHAEL LERMA, *et al.*, | Trial Time: 8:00 a.m. |
| Defendants. | Location: Courtroom of the Hon. George H. Wu |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason A. Gorn, hereby submits its amended witness list for the January 22, 2026 evidentiary hearing on defendants' Rule 33 motion in this matter.

///

1  The government respectfully reserves the right to update,
2  modify, and edit the witness list.
3
   Dated: January 20, 2026                Respectfully submitted,
4
                                          TODD BLANCHE
5                                         Deputy Attorney General

6                                         BILAL A. ESSAYLI
                                          First Assistant United States
7                                         Attorney

8                                         ALEXANDER B. SCHWAB
                                          Assistant United States Attorney
9                                         Acting Chief, Criminal Division

10                                        /s/
                                          KYLE W. KAHAN
11                                        KELLYE NG
                                          JASON A. GORN
12                                        Assistant United States Attorneys

13                                        Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA
14

**GOVERNMENT'S WITNESS LIST**

**United States v. Michael Lerma, *et al.*, 2:18-000172(A)-GW**

| WITNESS NAME | DIRECT EXAMINATION ESTIMATE |
|---|---|
| Lieutenant Marcos Amaro, Bureau of Prisons | 5-10 minutes |
| Special Agent Arthur Martirosyan, Homeland Security Investigations | 10 minutes |
| Special Agent Joseph Talamantez, Federal Bureau of Investigation[1] | 15-20 minutes |

---

[1] Special Agent Talamantez is a rebuttal witness. The government may elect to not call him.

2