RICHARD G. NOVAK (SBN 149303)
Richard@RGNLaw.com
P.O. Box 5549
Berkeley, CA 94705

KENNETH M. MILLER (SBN 151874)
Ken@KMMillerlaw.com
26944 Camino de Estrella, Suite B
Capistrano Beach, CA 92624
Attorneys for Defendant CARLOS GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 18-00172-GW |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT CARLOS GONZALEZ' SENTENCING POSITION PAPER AND OBJECTIONS TO PSR** |
| MICHAEL LERMA, et. al., | |
| Defendants. | |

    Defendant Carlos Gonzalez hereby submits his sentencing position paper. Assuming, *arguendo*, this Court denies Mr. Gonzalez' motion for new trial, then Mr. Gonzalez acknowledges this Court is obligated to impose a sentence of life imprisonment.  To the extent this Court has any discretion, Mr. Gonzalez urges the Court to exercise it in his favor.

    Carlos Gonzalez comes from a tragic background.  He is the son of an alcoholic father.  When Mr. Gonzalez was in his 20s, his father died young (67)

and his mother (63) was diagnosed with cancer.  PSR rev'd ¶ 117.  Mr. Gonzalez was devastated.  *Id.*

Mr. Gonzalez was diagnosed with learning disabilities in elementary school. PSR rev'd ¶¶ 125 and 128.  He never made it past the sixth grade.  PSR rev'd ¶¶ 120.[1]  And he still cannot read.   Much of his family is incarcerated.  He never had much of a chance.

Despite all of the above, Mr. Gonzalez has maintained strong family ties with his wife of 13 years and their 4 children.  And despite his circumstances, he is still interested in substance abuse treatment and earning a GED.  PSR rev'd ¶¶ 127 and 129.  He is obviously trying to improve himself.

Mr. Gonzalez requests that this Court recommend to the BOP that he be housed in Southern California to be close to his family and that he be permitted to participate in the RDAP program.

///

///

///

///

///

///

///

---

[1] The defense submits that a mandatory life sentence violates the Eighth Amendment because Mr. Gonzalez is actually intellectually disabled.  The defense also recognizes that this argument is currently inconsistent with binding authority. *See, e.g. Harmelin v. Michigan,* 501 U.S. 957 (1991) (mandatory life sentence for drug crime did not violate Eighth Amendment).

DEFENDANT CARLOS GONZALEZ' SENTENCING POSITION PAPER AND OBJECTIONS TO PSR- 2

Finally, Mr. Gonzalez objects to the addition of 3 criminal history points for KA060041 [PSR rev'd ¶ 93], and 3 criminal history points for KA085054.  PSR rev'd ¶ 95.  They are both part of the underlying offense.  PSR rev'd ¶ 48(a) and (b).  This error does not effect Mr. Gonzalez' guideline range or criminal history category, but it could potentially impact the BOP.


Dated: March 2, 2026                          Respectfully Submitted,

                                              s/*Kenneth M. Miller*
                                              Kenneth M. Miller
                                              Richard G. Novak
                                              Attorneys for Carlos Gonzalez

DEFENDANT CARLOS GONZALEZ' SENTENCING POSITION PAPER AND OBJECTIONS TO PSR- 3